[No. 14118-3-II.   Division Two.   April 15, 1993.]

ROBERT GEORGE CAMPBELL, ET AL, *Respondents*, v. KELLY
ENTERPRISES, INC., ET AL, *Appellants*, RALPH
FELLHAUER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 88-2-00941-1, David E. Foscue, J., entered
June 25, 1990. *Affirmed in part* and *reversed in part* by unpub-
lished opinion per Seinfeld, A.C.J., concurred in by Petrich
and Morgan, JJ.

[No. 14716-5-II.   Division Two.   April 15, 1993.]

AHMET CHABUK, ET AL, *Appellants*, v. RICHARD
BOUGHNER, JR., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 86-2-01739-1, Terence Hanley, J., entered Janu-
ary 29, 1991. *Affirmed in part* and *reversed in part* by unpub-
lished opinion per Seinfeld, A.C.J., concurred in by Petrich
and Morgan, JJ.

[No. 13842-5-II.   Division Two.   April 15, 1993.]

VIVA E. MEIGS, *Appellant*, v. THE DEPARTMENT OF LABOR
AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 88-2-00665-4, Terence Hanley, J., entered March
29, 1990. *Affirmed* by unpublished opinion per Petrich, J.,
concurred in by Seinfeld, A.C.J., and Morgan, J.